## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

EDDIE HUDSON III,	Civil No. 18-473 (JRT/DTS)

        Plaintiff,

v.

                              **ORDER**

TRILLIUM STAFFING, et al,

        Defendants.

Eddie Hudson, III, 1817 Pearson Parkway, P.O. Box 43192, Brooklyn Park, MN 55444, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued the Report and Recommendation on March 14, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

    **IT IS HEREBY ORDERED:**

    1.    Plaintiff Eddie Hudson's application for leave to proceed in forma pauperis [Docket No. 7] is **DENIED**;

    2.    Hudson's Request For Appointment of Lawyer [Docket No. 8] is **DENIED** as moot; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 20, 2018
at Minneapolis, Minnesota

s/John R. Tunheim _____
JOHN R. TUNHEIM
Chief Judge
United States District Court
